**IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION**

**FREDEREICK BANKS**                                                                                    **PLAINTIFF**

**v.**                                          **4:13-cv-00482-BRW**

**CHARLES SAMUELS,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED THIS 22nd day of August, 2013.


                                                /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE